IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.     CRIMINAL NO. 3:04cr24WSu-08

VERNON ARCHER, JR.

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against VERNON ARCHER, JR. without prejudice.

DUNN LAMPTON
United States Attorney

By: /s/ Sandra G. Moses

SANDRA G. MOSES
Assistant United States Attorney
GA Bar No. 283815

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 11th day of May, 2006.

/s/ Henry T. Wingate
UNITED STATES DISTRICT JUDGE